October 18, 1976.
371 A.2d 217
Bates Appeal.

Submitted March 22, 1976.   William F. Ochs, Jr., Public Defender, for appellant;  Charles M. Guthrie, Jr., Assistant District Attorney, and Robert L. VanHoove, District Attorney, for appellee.

Appeal quashed.